UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ENDURANCE AMERICAN INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| ATLANTIC HOUSING MANAGEMENT, LLC and AHF STONE CREEK, LLC, | § § § § | |
| Intervenor Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-0133-B |
| LLOYD'S SYNDICATE 3624, | § § | |
| Defendant. | § | |

**ORDER GRANTING AGREED TAKE NOTHING JUDGMENT**

Before the Court is Intervenor Plaintiffs Atlantic Housing Management, LLC and AHF Stone Creek, LLC (collectively, "Intervenors")'s and Defendant Lloyd's Syndicate 3624 ("Hiscox")'s Joint Motion for Agreed Take-Nothing Judgment (Doc. 85). Intervenors and Hiscox have notified the Court they have settled "the matters previously in dispute."[1] Doc. 85, Mot., 1. They also ask that the Court to enter a judgment indicating that "Intervenors take nothing against [Hiscox]." Accordingly, the Court **GRANTS** the Joint Motion and enters the following Judgment:

It is hereby, **ORDERED, ADJUDGED** and **DECREED** that Intervenors, Atlantic Housing Management, LLC and AHF-Stone Creek, LLC take nothing by reason of their claims, demands, causes of action or petitions against Defendant, and that Intervenors' claims against Defendant are

---

[1] The Court notes that Plaintiff Endurance American Insurance Company ("Endurance") was not a party to this Motion. Thus, this Order does not dismiss Endurance's claims against Hiscox.

hereby **DISMISSED WITH PREJUDICE**, with fees and costs to be borne by the parties incurring

same. It is further, **ORDERED** that all relief not expressly granted herein is denied.

      SO ORDERED.

      SIGNED: August 15, 2024.

              _____
              JANE J. BOYLE
              UNITED STATES DISTRICT JUDGE